**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MATRELL TERRELL,

                Petitioner,              19 **CIVIL** 5098 (ALC)

    -against-                          **JUDGMENT**

SUPERINTENDENT WILLIAM LEE,

                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2025 Terrell's petition for a writ of habeas corpus is DENIED. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See *Coppedge v. United States*, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**DATED:** New York, New York
            February 19, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                            **BY:** _____
                                                           **Deputy Clerk**